Charles Durfee, plaintiff in error, v. R. S. Morrow & Son et al., defendants in error.

Opinion filed February 12, 1930. Rehearing denied March 17, 1930.

Charles Durfee, *pro se;* John W. Browning and Grover E. Holmes, of counsel. Miley & Combe and Kane, Scott & Kane, for defendants in error.

Mr. Justice Wolfe delivered the opinion of the court.

Gus A. Eiskant and George M. Miller, trading as Miller Auto Laundry Company, appellees, v. Leo Kosydor, appellant.

Opinion filed February 12, 1930.

Louis Beasley and Edward C. Zulley, for appellant. Joseph B. McGlynn and R. E. Costello, for appellees.

Mr. Justice Wolfe delivered the opinion of the court.

W. S. Storment, appellant, v. A. N. Crutchfield, appellee.

Opinion filed February 12, 1930.

Holt & Holt, for appellant. W. G. Murphy, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

Zerweck Jewelry Company, appellant, v. East St. Louis Light & Power Company, appellee.

Opinion filed February 12, 1930.

P. K. Johnson and Whitnel & Browning, for appellant. Farmer & Klingel, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.